1056

No. 721, Misc. LANA v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 726, Misc. KOTKA v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 729, Misc. BOGART v. CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Peter D. Bogart* for petitioner.

No. 732, Misc. MESA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 733, Misc. ALBINI v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 734, Misc. PRATHER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 735, Misc. SWITZER v. OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 736, Misc. TURNER v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* for respondent.

No. 739, Misc. LITTLE v. SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 748, Misc. ASHBY v. HAUGH, WARDEN. Sup. Ct. Iowa. Certiorari denied. *Luther L. Hill, Jr.,* for petitioner. *Richard C. Turner,* Attorney General of Iowa, and *David A. Elderkin* and *William A. Claerhout,* Assistant Attorneys General, for respondent.